1362 NUGENT (County Drain Commissioner) vs. ERB (Supervisor, Township of Chandler), No. 12480, 90 M., 278.

To compel assessment of drain tax.

Denied February 3, 1892.

Held, that the order of the commissioner determining the practicability of the proposed drain is fatally defective.

1363 CONELY (County Drain Commissioner) vs. BOARD OF SUPERVISORS (St. Clair), No. 12348½.

To compel spreading of assessment for construction of drain upon township tax rolls.

Order to show cause denied November 11, 1891.

At a session of the board in October, 1891, that body refused to order the assessment because the papers relating to said drain had not been filed in the office of the township clerk of said township, nor with the county clerk.